**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

FREDDIE LEE BAKER                                                         PLAINTIFF

v.                                NO. 4:10CV00319 JLH-BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                      DEFENDANT

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. The Court adopts the recommendation as this Court's findings.

Accordingly, the decision of the Commissioner is affirmed and Plaintiff's Complaint (#2) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 28th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE