**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

FREDDIE LEE BAKER                                                                    PLAINTIFF

v.                                          NO. 4:10CV00319 JLH-BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                          DEFENDANT

<u>**JUDGMENT**</u>

Consistent with the Court's Order entered this date affirming the decision of the Defendant,

judgment is entered in favor of the Commissioner.

DATED this 28th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE